UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRICELDA FLORES, | Case No. 1:24-cv-00378-CDB (SS) |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 4) |
| Defendant. | |

Plaintiff Gricelda Flores ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (Doc. 1). On April 1, 2024, Plaintiff filed a motion to proceed in forma pauperis. (Doc. 4). The motion fails to include a date when Plaintiff signed the motion. *See id*. at 2. Accordingly, IT IS HEREBY ORDERED:

1. The motion to proceed in forma pauperis (Doc. 4) is DENIED WITHOUT PREJUDICE; and

/ / /

/ / /

/ / /

2. Plaintiff shall have thirty (30) days from the date of entry of this order to either (1) file an amended motion that includes a signature and date, or (2) pay the $402.00 filing fee.

IT IS SO ORDERED.

Dated: **April 2, 2024**

UNITED STATES MAGISTRATE JUDGE