UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRICELDA FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00378-KES-CDB (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>Docs. 20, 22, 24 |

　　　　Plaintiff Gricelda Flores initiated this action against the Commissioner of Social Security on March 29, 2024. Doc. 1. On September 13, 2024, pursuant to the parties' stipulation, the Court reversed the final decision of the Commissioner, entered judgment in favor of plaintiff, and remanded the matter to the Commissioner for further administrative proceedings. Doc. 18. On December 9, 2024, plaintiff filed a motion for attorney's fees. Doc. 20. Following defendant's failure to oppose or file a statement of non-opposition to the motion, the assigned magistrate judge ordered that defendant file an opposition or a statement of non-opposition within seven days. Doc. 21. Thereafter, on December 27, 2024, plaintiff and defendant filed a stipulated motion for award and payment of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $8,500.00, subject to the terms in plaintiff's motion for attorney's fees. Doc. 22; *see also* Doc. 20.

　　　　The assigned magistrate judge issued findings and recommendations recommending that

the stipulation be granted. Doc. 24. The findings and recommendations were served on the parties and notified them that any objections were due within 14 days. *Id.* at 4. Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 30, 2024, Doc. 24, are **ADOPTED IN FULL**;
2. The parties' stipulated request for attorney's fees pursuant to the EAJA, Doc. 22, is **GRANTED**;
3. The Commissioner is **DIRECTED** to pay plaintiff, as the prevailing party, attorney's fees in the amount of $8,500.00, pursuant to the terms set forth in the parties' stipulation. Doc. 22. Fees shall be made payable to plaintiff, but if the Department of Treasury determines that plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses, and costs to be made directly to plaintiff's counsel, Josephine M. Gerrard, as set forth in the stipulation (*see* Docs 20, 22); and
4. The Clerk of the Court is **DIRECTED** to terminate plaintiff's motion for attorney's fees, Doc. 20, as moot.

IT IS SO ORDERED.

Dated:   January 16, 2025

_____
UNITED STATES DISTRICT JUDGE